# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 14-30110 |
| Luke Marman, | ) | |
| Maria Marman, | ) | **NOTICE AND MOTION FOR SALE** |
| | ) | **OF EQUIPMENT AND TO** |
| Debtors. | ) | **PAY AUCTIONEER FEES AND** |
| | ) | **EXPENSES** |

     Gene W. Doeling, the bankruptcy trustee in this case, respectfully requests that the Court issue an Order authorizing the sale of equipment of Marman Earth Construction LLC, an entity owned entirely by the debtors.  Specifically, the assets consist of:

    2011 Titan fifth wheel trailer, VIN 4TGF22201B107898
    Crane
    2007 Mack truck, VIN 1M1AK06Y97N015976 (pending verification of ownership, which is disputed by Tim Marman)
    1995 International truck, VIN 2HSFBASR4SC055799
    1995 Western Star truck, VIN 2WKPDCXH1SK937300
    One belly dump trailer
    Offroad truck, a Moxy MT30S3 Articulated dump truck (pending verification of ownership, which is disputed by Tim Marman)
    Fuel truck
    1968 Lowboy trailer; VIN 10171

     The Trustee proposes selling this property by auction to be conducted Friday, June 12, 2015, at 10:00 a.m. by Bob Helbling/Helbling Auctioneers, LLC.  The auction will be at 11025 40th Street, SW. Dickinson, ND. There are no liens against these items that the trustee is aware of.  There will be no adverse tax consequence to the bankruptcy estate.

     The Trustee has employed Bob Helbling/Helbling Auctioneers, LLC.  Per the terms of the employment application, the bankruptcy estate would pay to Helbling Auctioneers compensation of ten percent (10%) of the gross sales price, plus five percent (5%) of the gross sales price for a clerking fee, advertising costs of $1,000-$1,500 and set up costs of up to $1,500. The Trustee requests that he be authorized to pay these fees and costs to the auctioneer immediately following sale.

**NOTICE OF MOTION:**  Your rights may be affected in this action.  You should read these papers carefully and discuss the matters with your attorney if you have one.  If you want the court to consider your views you should mail a written response to the action, within 21 days of the date of mailing of this document, and file the response with the Clerk of Bankruptcy Court and a copy served upon the U.S. Trustee and Bankruptcy Trustee.  If you do not take this step the court may assume that you do not oppose the action and the court may enter an Order approving the motion above.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 314 South Main Avenue | (See |
| 655 First Ave. N. – Suite 210 | Suite 303 | address |
| Fargo, ND 58107-4932 | Sioux Falls, SD 57104-6462 | below) |

DATE OF MAILING:  April 20, 2015        /s/ Gene W. Doeling
                                                                                       Gene W. Doeling
                                                                                       Bankruptcy Trustee
                                                                                       P.O. Box 9231
                                                                                       Fargo, ND 58106
                                                                                       (701)232-8757

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: ) | Chapter 7 |
| ) | Case No. 14-30110 |
| Luke Marman, ) | |
| Maria Marman, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| Debtors. ) | |
| _____ ) | |

Gene W. Doeling of Fargo, ND, swears that on April 20, 2015, he mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, a copy of the following:

**NOTICE AND MOTION FOR SALE OF EQUIPMENT AND TO PAY AUCTIONEER FEES AND EXPENSES**

to the parties listed below:

- Gene W. Allen    gene@allenpllc.com
- Jon R. Brakke    jbrakke@vogellaw.com, jnona@vogellaw.com;parmstrong@vogellaw.com
- James J. Coles    colesECF@orbitcom.biz, cherylECF@orbitcom.biz
- Thomas F. Murtha    murtha@ndsupernet.com, murthalaw@ndsupernet.com;dwlindquist65@gmail.com;wm.murthalawoffice@gmail.com
- Robert B. Raschke    USTPRegion12.SX.ECF@usdoj.gov

14-30110|Access Capital Credit |338 W Lexington Ave.|El Cajon, CA 92020-4443| |||
14-30110|Beverly Wolff |PO Box 1060|Beach, ND 58621-1060| |||
14-30110|Capital Credit Union |204 W Thayer|Bismarck, ND 58501-3794| |||
14-30110|Capital Credit Union |PO Box 2096|Bismarck, ND 58502-2096| |||
14-30110|Capital One NA |c/o Becket and Lee LLP|POB 3001|Malvern PA 19355-0701| ||
14-30110|Charles L Fulton |PO Box 487|Beach, ND 58621-0487| |||
14-30110|Chase |Card Member Service|PO Box 94014|Palatine, IL 60094-4014| ||
14-30110|Chase |Cardmember Services|PO Box 15298|Wilmington, DE 19850-5298| ||
14-30110|Collection Center Inc. |PO Box 1057|Bismarck, ND 58502-1057| |||
14-30110|Comenity Bank/ Herberger's |3100 Easton Square Place|Columubs, OH 43219-6232| |||
14-30110|Credit One Bank |PO Box 60500|City Of Industry, CA 91716-0500| |||
14-30110|Credit One Bank |PO Box 98873|Las Vegas, NV 89193-8873| |||
14-30110|Daniel Shape |209 7th Ave|Litchville, ND 58461-7152| |||
14-30110|FNB |PO Box 3412|Omaha, NE 68103-0412| |||
14-30110|Farmer's Union Oil Co. of Beach |Attn: James Schulte|PO Box 219|Beach, ND 58621-0219| ||
14-30110|Farmers Union Oil Company |PO Box 219|Beach, ND 58621-0219| |||

14-30110|First Bank |PO Box 2557|Omaha, NE 68103-2557| |||
14-30110|First National Bank |Attn: FNN Legal Dept.|1620 Dodge St. Stop Code: 3290|Omaha, NE 68197-0002| ||
14-30110|First National Bank of Omaha |1620 Dodge Street Stop Code 3105|Omaha Ne 68197-0002| |||
14-30110|First State Bank of Golva |PO Box 129|Beach, ND 58621-0129| |||
14-30110|Floor To Ceiling |1503 East Broadway|Bismarck, ND 58501-4667| |||
14-30110|Floor to Ceiling |P.O. Box 1081|Bismarck, ND 58502-1081| |||
14-30110|Floor to Ceiling |c/o CCI|P.O. Box 1057|Bismarck, ND 58502-1057| ||
14-30110|GECRB/ Lowes |PO Box 530914|Atlanta, GA 30353-0914| |||
14-30110|GECRB/ Sam's Club Discover |PO Box 103104|Rosewell, GA 30076-9104| |||
14-30110|GECRB/ Walmart |Attn: Bankruptcy Dept.|PO Box 103104|Roswell, GA 30076-9104| ||
14-30110|GECRB/ Walmart |PO Box 350927|Atlanta, GA 30353-0927| |||
14-30110|GECRB/Jc Penny |PO Box 965007|Orlando, FL 32896-5007| |||
14-30110|GECRB/Jc Penny's |Attn: Bankruptcy Dept.|PO Box 103104|Roswell, GA 30076-9104| ||
14-30110|GECRB/Lowes |Attn: Bankruptcy Dept.|PO Box 103104|Roswell, GA 30076-9104| ||
14-30110|General Equipment and Supplies, Inc. |4300 Main Ave.|Fargo, ND 58103-1128| |||
14-30110|HARLEY-DAVIDSON CREDIT CORP |PO BOX 9013|ADDISON,TEXAS 75001-9013| |||
14-30110|Harley Davidson Credit Corp. |P.O. Box 9013|Addison, TX  75001-9013| |||
14-30110|Herberger's |PO Box 659813|San Antonio, TX 78265-9113| |||
14-30110|IRS |Finance Department|805 Central Ave. Ste 234|Cincinnati, OH 45202-1947| ||
14-30110|IRS |Finance Dept|805 Central Ave. Ste 234|Cincinnati, OH 45202-1947| ||duplicate
14-30110|Internal Revenue Service |Attn: Centralized Insolvency Operation|PO Box 7346|Philadelphia, PA 19101-7346| ||
14-30110|Jim Fulton |16700 52nd Street SW|Golva, ND 58632-9779| |||
14-30110|Job Service ND |Po Box 5507|Bismarck, ND 58506-5507| |||
14-30110|Kohl's Payment Center |PO Box 2983|Milwaukee, WI 53201-2983| |||
14-30110|Kohls |N56 W 17000|Ridgewood Dr.|Menomonee Falls, WI 53051| ||
14-30110|LVNV Funding, LLC its successors and assigns|assignee of FNBM, LLC|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| |
14-30110|Napa |PO Box 657|Beach, ND 58621-0657| |||
14-30110|Office of State Tax Commissioner |State Capitol - Eighth Floor|600 East Boulevard Avenue|Bismarck, ND 58505-0599| ||
14-30110|Prairie Lumber |PO Box 598|Beach, ND 58621-0598| |||
14-30110|Quantum3 Group LLC as agent for |MOMA Funding LLC|PO Box 788|Kirkland, WA 98083-0788| ||
14-30110|Sanford Medical Center |PO Box 5501|Bismarck, ND 58506-5501| |||
14-30110|Sanford Medical Center |PO Box 5525|Bismarck, ND 58506-5525| |||
14-30110|Sears Credit Cards |PO Box 688957|Des Moines, IA  50368-8957| |||
14-30110|Sears/ CBNA |PO Box 6282|Sioux Falls, SD 57117-6282| |||
14-30110|St. Joseph's Hospital |Medical Clinics PP|7349 Solution Center|Chicago, IL 60677-7003| ||
14-30110|State Farm Bank |c/o Becket and Lee LLP|POB 3001|Malvern  PA 19355-0701| ||

14-30110|State Farm Financial Services |PO Box 2328|Bloomington, IL 61702-2328| |||
14-30110|State Tax Commissioner |P.O. Box 5621|Bismarck, ND 58506-5621| |||
14-30110|TD BANK USA, N.A. |C O WEINSTEIN,PINSON AND RILEY, PS|2001 WESTERN AVENUE, STE 400|SEATTLE, WA 98121-3132| ||
14-30110|Target Card Services |PO Box 660170|Dallas, TX 75266-0170| |||
14-30110|Td Bank Usa/ Target Credit Card |PO Box 673|Minneapolis, MN 55440-0673| |||
14-30110|Tim Marman |PO Box 662|Beach, ND 58621-0662| |||
14-30110|US Attorney's Office |PO Box 699|Bismarck, ND 58502-0699| |||
14-30110|United States Attorney |PO Box 699|Bismarck, ND 58502-0699| |||
14-30110|Vogel Law Firm |Attn: Robert Manly|PO Box 1389|Fargo, ND 58107-1389| ||
14-30110|WCCU |1300 Bison Dr.|Williston, ND 58801-3770| |||
14-30110|West Dakota Repair |PO Box 663|Beach, ND 58621-0663| |||
14-30110|West Plains |PO Box 128|Beach, ND 58621-0128| |||
14-30110|Western Cooperative Credit Union |Po Box 2237|Williston, ND 58802-2237| |||
14-30110|Darrel D. Horab |P.O. Box 1021|Fargo, ND 58107-1021||||
14-30110|James J. Coles |Coles Law Firm, P.C.|P.O. Box 2162|Bismarck, ND 58502-2162 |||
14-30110|Luke & Maria Marman |385 6th Ave. SE|P.O. Box 551|Beach, ND 58621-0551|||
14-30110|Sally Abernathy |Home and Land Company|623 State Avenue|Dickinson, ND 58601-4659|||
14-30110|Scott W. Wentz |Drewes & Horab|P.O. Box 1021|Fargo, ND 58107-1021|||

    /s/ Gene W. Doeling
    Gene W. Doeling